**PULLEN v. STATE.**

No. 18102.

Court of Criminal Appeals of Texas.

March 25, 1936.

E. T. Adams, of Glen Rose, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for robbery; punishment, ten years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment is affirmed.